Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
ADIL QAYYUM

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADIL QAYYUM,<br><br>    Defendant. | Case No: 13-00103 MCE<br><br>**STIPULATION RE TRAVEL**<br><br>**Date: N/A**<br>**Time: N/A**<br>**Courtroom: Honorable**<br>**CAROLYN K. DELANEY**<br>**UNITED STATES MAGISTRATE JUDGE** |

It is hereby stipulated by and between the parties and their respective counsel, Assistant U.S. Attorney Todd Pickles for the United States and Patrick K. Hanly for the defendant, that Defendant ADIL QAYYUM may collect his passport and travel as follows;

09/02/2013-09/09/2013 – St. Lucia for his wedding; and

11/27/2013-12/01/2013 – Puerto Rico to serve at the best man in his friend's wedding.

It is further agreed that Defendant ADIL QAYYUM will increase his current unsecured appearance bond from $50,000 to $125,000 to secure his appearance in court following his travel. Upon his return from Puerto Rico, ADIL QAYYUM agrees to surrender his passport and the United States Attorney's office agrees to reduce his unsecured appearance bond to its original amount of $50,000.

STIPULATION RE TRAVEL

Dated: July 15, 2013 /s/ Todd Pickles
Assistant United States Attorney

Dated: July 15, 2013 /s/ Patrick K. Hanly
Attorney for Defendant Adil Qayyum

**IT IS SO ORDERED**.

Dated: July 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE