LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JANNICE RIDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 13-CR-0103 MCE |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| JANNICE RIDDICK, | |
| Defendant. | |

## STIPULATION

Pursuant to the recommendation of Pretrial Services Officer Michael R. Evans, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's pretrial release terms be modified as follows:

The release term prohibiting employment in the real estate or mortgage industries shall be modified as follows: "You shall not be employed in the real estate or mortgage industry, unless approved of in advance by Pretrial Services." All other release conditions shall remain.

///

///

Respectfully submitted,

Dated: September 4, 2013  /s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant

Dated: September 4, 2013  /s/ Chris Cosca for
TODD PICKLES
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERD.**

All other terms of the defendant's release shall remain in full force and effect.

Dated: September 4, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE