MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for LEONA YEARGIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-13-103 MCE |
|                Plaintiff, | ) |
| | ) APPLICATION FOR TRANSPORTATION; |
|     v. | ) ORDER |
| | ) FOR TRANSPORTATION |
| | ) |
| LEONA YEARGIN, | ) 18 USC §4285 |
|              Defendant. | ) |
| ===============================) | |

      Defendant LEONA YEARGIN, by and through her attorney, Michael D. Long, hereby requests the court to order the United States Marshal to pay for her transportation from her home in Vallejo, California to the federal courthouse in Sacramento, California.

      In case 13-103 MCE, defendant has made prior trips to Sacramento, but always with difficult funding issues.  Ms. Yeargin is unable to afford to travel to Sacramento and back to her home in Vallejo for our guilty plea hearing scheduled for October 3, 2013.  The closest Amtrak terminal to Ms. Yeargin is in Richmond.  Ms. Yeargin requests round-trip transportation on Amtrak from Richmond to Sacramento and back from Sacramento to Richmond.

      Application is hereby made for an Order for Transportation for defendant LEONA YEARGIN to travel round-trip from the Amtrak station in Richmond, California, to Sacramento, California (and back to Richmond) for the purpose of meeting with undersigned counsel and attending the October 3, 2013, guilty plea hearing.

///

Dated:  September 25, 2013

Respectfully submitted,

/s/ *Michael D. Long*_____
MICHAEL D. LONG
Attorney for Ms. YEARGIN

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-13-103 MCE |
| Plaintiff, | ) |
| | ) ORDER FOR TRANSPORTATION |
| v. | ) |
| | ) |
| LEONA YEARGIN, | ) 18 USC §4285 |
| Defendant. | ) |
| ================================= ) | |

IT IS HEREBY ORDERED that the United States Marshal pay for round-trip Amtrak rail transportation for defendant LEONA YEARGIN from Richmond, California, to Sacramento, California for the purpose of attending the October 3, 2013, guilty plea hearing.

Ms. Yeargin is indigent and financially unable pay for travel to Sacramento, California and return to Richmond, California.  This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT